**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Charnita McCulley-Bruce                                    Case No. 13-10318
          Debtor                                                 Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Chamita McCulley-Bruce _____ has (have) filed a motion for
                    (Names(s) of debtor(s))

approval of the reaffirmation agreement dated March 29, 2013 made between the debtor(s) and
                                            (Date of agreement)

Capital One _____ The court held the hearing required by
(Name of creditor)

11 U.S.C. §524(d) on notice to the debtor(s) and the creditor on   April 24, 2013.
                                                                        (Date)

COURT ORDER:   ☐   The court grants the debtors' motion under 11 U.S.C. §524(c)(6)(A)
                   and  approves the reaffirmation agreement described above as not
                   imposing an undue hardship on the debtor(s) or a dependent of the
                   debtor(s) and as being in the best interest of the debtor(s).

               ☐   The court grants the debtor's motion under U.S.C. §524 (K)(8) and
                   approves the reaffirmation agreement described above.

               ☐   The court does not disapprove the reaffirmation agreement under
                   11 U.S.C. §524(m).

               ☑   The court does not approve the reaffirmation agreement.

                                    BY THE COURT

                                    _____
                                    United States Bankruptcy Judge

Dated: April 24, 2013